UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 22- 01363-CJC (DFMx) | Date | September 28, 2022 |
|---|---|---|---|
| Title | ESPRI L HEUREUX v. VIVAVENTURES OIL SANDS, INC., ET AL. | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<table>
<tr><td>Rolls Royce Paschal</td><td>Not Reported</td></tr>
<tr><td>Deputy Clerk</td><td>Court Reporter</td></tr>
<tr><td>Attorneys Present for Plaintiffs:</td><td>Attorneys Present for Defendants:</td></tr>
<tr><td>None Present</td><td>None Present</td></tr>
</table>

PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE

_____

It is a plaintiff's responsibility to prosecute her case diligently. However, it appears that Plaintiff Espri L'Heureux does not wish to further prosecute this case.

Defendants VivaVentures Oil Sands, Inc., Vivakor, Inc., and RPC Design and Manufacturing, LLC removed this case on July 22, 2022. (Dkt. 1.) On July 26, 2022, this Court gave notice of its intent to issue a Scheduling Order on September 22, 2022, and ordered the parties "to hold an early meeting of counsel not later than 21 days in advance of [that] date, and to file a report of such meeting not later than 14 days thereafter in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1." (Dkt. 9.) On September 22, 2022, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution because the parties failed to file a report of their meeting. (Dkt. 10.) The Court ordered Plaintiff to respond in writing by September 27, 2022. (*Id.*) Plaintiff has not responded.

By failing to respond to this Court's Order to Show Cause regarding dismissal, Plaintiff has demonstrated that she no longer wishes to prosecute this case. Accordingly, the case is **DISMISSED**.

Initials of Deputy Clerk:                    RRP